# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America )<br>)<br>       Plaintiff, )<br>   v.  )<br>)<br>Jorge Silveyra )<br>)<br>)<br>       Defendant. )<br>)<br>)  | CR 03-460 RSWL<br><br>**Order Re: Briefing Schedule For Motion Seeking Reconsideration Pursuant to Title 18 U.S.C. § 3582(c)(2) and Amendment #750 and Title 18 U.S.C. § 3553(a) [469]** |

   The Court is in receipt of Defendant Jorge Silveyra's ("Defendant") Motion Seeking Reconsideration Pursuant to Title 18 U.S.C. § 3582(c)(2) and Amendment #750 and Title 18 U.S.C. § 3553(a), filed on June 11, 2012 [469]. On February 21, 2012, the Court reduced Defendant's sentence from 262 months to 210 months. Defendant now seeks a further reduction of his sentence and a transfer to a different prison facility.

   The Court hereby orders the Government to submit its Opposition to the Court regarding Defendant's Motion no later than July 2, 2012. Any Reply brief

1

that the Defendant wishes to submit must be filed with the Court no later than July 16, 2012.

**IT IS SO ORDERED.**

DATED: June 25, 2012

                              RONALD S.W. LEW

                              **HONORABLE RONALD S.W. LEW**
                              Senior, U.S. District Court Judge